

# In The
# Court of Appeals
# Seventh District of Texas at Amarillo

No. 07-13-00394-CV

RONALD WINEGARDNER, APPELLANT

V.

TEXAS WORKFORCE COMMISSION AND
COLORADO WEST HEALTHCARE SYSTEM, APPELLEES

On Appeal from the 69th District Court
Moore County, Texas
Trial Court No. 12-180, Honorable Ron Enns, Presiding

February 12, 2014

## MEMORANDUM OPINION

Before CAMPBELL and HANCOCK and PIRTLE, JJ.

Appellant, Ronald Winegardner, filed a notice of appeal of the trial court's October 10, 2013 Order Granting Texas Workforce Commission's Plea to the Jurisdiction and Colorado West Healthcare System's Special Appearance. By letter dated November 15, 2013, Winegardner was notified that a filing fee of $175 had not been paid, and failure to do so within ten days could result in dismissal pursuant to Texas Rule of Appellate Procedure 42.3(c). No fee having been received within the

deadline, by letter dated January 3, 2014, Winegardner was again advised of the outstanding filing fee and the consequences of failing to pay. This notice gave Winegardner until January 13 to pay the filing fee. Despite two notices and a reasonable time in which to comply with this Court's request, Winegardner has failed to pay the filing fee. Consequently, this Court is authorized to dismiss this appeal. See TEX. R. APP. P. 44.3.

In response to motions from the clerk and reporter requesting an extension of time to file the record due to appellant's failure to pay or make arrangements to pay for the record, this Court sent Winegardner a letter, dated January 3, directing appellant to make payment arrangements for preparation of the record, and to submit a status report regarding the appeal on or before January 20. The letter also notified Winegardner that failure to comply with the directive of the Court could result in dismissal of the appeal for want of prosecution. See TEX. R. APP. P. 37.3(b). Winegardner has failed to respond to the directive of this Court. In fact, the reporter again requested an extension on January 14 on the basis that payment arrangements had not been made by Winegardner.

For the foregoing reasons, this appeal is dismissed.


Mackey K. Hancock
Justice